UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 04-80099-CIV-HURLEY/HOPKINS

RICHARD EXPOSITO, on behalf of
himself and all other similarly situated,

    Plaintiff,

v.

NAVIANT INC.
and NAVIANT, INC.

    Defendants
_____/

FILED by _____ D.C.
OCT 21 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER GRANTING JOINT MOTION FOR
## APPROVAL OF SETTLEMENT AGREEMENTS

Before the Court is a Joint Motion for Approval of Settlement Agreements. Having reviewed the parties' joint motion, it appears to the Court that due cause exists to grant this motion and approve all of the settlement agreements. Therefore, it is hereby

**ORDERED AND ADJUDGED** that the settlement agreements are hereby **APPROVED** by the Court. [DE #108] GRANTED.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this 21st day of Oct. 2004.

                                            Daniel T.K. Hurley
                                            United States District Judge

cc:    Steven A. Siegel, Esquire
        Joseph M. Maus, Esquire